**Motion Denied; Order filed January 5, 2012.**



**NO. 14-11-00155-CV**

_____

**REGINALD PETTEWAY, Appellant**

**V.**

**TEXAS DOW EMPLOYEE'S CREDIT UNION, Appellee**

**On Appeal from the County Court at Law No. 4 and Probate Court**
**Brazoria County, Texas**
**Trial Court Cause No. CI044286**

## ORDER

Appellant's brief was originally due May 9, 2011. We granted four extensions of time to file appellant's brief until November 21, 2011. When we granted the final extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On December 16, 2011, appellant filed a further request for extension of time to file appellant's brief. To date, appellant has submitted no brief. We deny the request and issue the following order.

Accordingly, we order appellant to file a brief with the clerk of this court on or before **January 25, 2012**. If appellant does not timely file the brief as ordered, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM